Bausch & Lomb Optical Co. et al.; and *Mr. Raymond M. White* for Carl Zeiss, Inc.,—respondents. *Solicitor General Fahy* and *Assistant Attorney General Tom C. Clark* filed a brief on behalf of the United States, as *amicus curiae,* in support of the petition.

No. 863. MAGNOLIA PETROLEUM Co. ET AL. *v.* HUNT. May 3, 1943. Petition for writ of certiorari to the Court of Appeals, First Circuit, of Louisiana, granted. *Messrs. Cullen R. Liskow* and *Homer Hendricks* for petitioners.

No. 864. MERCHANTS NATIONAL BANK, EXECUTOR, *v.* COMMISSIONER OF INTERNAL REVENUE. May 3, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. Edward C. Thayer* for petitioner. *Solicitor General Fahy* for respondent.

No. 830. BRADY, ADMINISTRATRIX, *v.* SOUTHERN RAILWAY Co. See *post,* p. 777.

No. 882. NORTHWEST AIRLINES, INC. *v.* MINNESOTA. May 10, 1943. Petition for writ of certiorari to the Supreme Court of Minnesota granted. *Messrs. M. J. Doherty* and *W. E. Rumble* for petitioner. *Messrs. J. A. A. Burnquist,* Attorney General of Minnesota, and *Geo. B. Sjoselius,* Assistant Attorney General, for respondent.

No. 881. CONSUMERS IMPORT Co., INC. ET AL. *v.* KABUSHIKI KAISHA KAWASAKI ZOSENJO ET AL. May 10, 1943.

Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted limited to the fifth question presented by the petition. *Messrs. D. Roger Englar, T. Catesby Jones, Ezra G. Benedict Fox,* and *Thomas H. Middleton* for petitioners. *Mr. George C. Sprague* for respondents.

No. 235. BUSEY ET AL. *v.* DISTRICT OF COLUMBIA. May 10, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Mr. Hayden C. Covington* for petitioners. *Messrs. Richmond B. Keech* and *Vernon E. West* for respondent. *Mr. Osmond K. Fraenkel* filed a brief on behalf of the American Civil Liberties Union, as *amicus curiae,* in support of the petition.

No. 890. FEDERAL POWER COMMISSION ET AL. *v.* HOPE NATURAL GAS Co.; and

No. 891. CLEVELAND *v.* HOPE NATURAL GAS Co. May 17, 1943. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Solicitor General Fahy* and *Messrs. Charles V. Shannon, A. F. O'Neil,* and *Harry M. Showalter* for petitioners in No. 890. *Mr. Spencer W. Reeder* for petitioner in No. 891. *Messrs. William B. Cockley* and *William A. Dougherty* for respondent.

No. 913. MIDSTATE HORTICULTURAL Co., INC. *v.* PENNSYLVANIA RAILROAD Co. May 24, 1943. Petition for writ of certiorari to the Supreme Court of California granted. *Messrs. Hiram W. Johnson, Theodore H. Roche,* and